# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Timothy J Smith                                    CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 22-13293 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Citigroup Mortgage Loan Trust 2022-A and index same on the master mailing list.

                                                   Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
05 Jan 2023, 10:52:02, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322